1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  JOSE ALBERTO GARCIA,

12          Plaintiff,

13      v.

14  COUNTY OF STANISLAUS, et al.,

15          Defendants.

16

Case No.  1:21-cv-00331-NONE-SAB

ORDER CONTINUING SCHEDULING CONFERENCE UNTIL SEPTEMBER 27, 2021

(ECF Nos. 19, 20)

17      This action was filed on March 4, 2021, and a scheduling conference is currently set for

18  September 10, 2021.  (ECF Nos. 1, 19.)  On August 31, 2021, the parties filed a stipulation to

19  continue the scheduling conference for one week due to the illness of counsel's family member.

20  (ECF No. 20.)   The Court is required to continue the conference to a different date than

21  requested due to the schedule of the Court.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

Accordingly, finding good cause, IT IS HEREBY ORDERED that:

1.       The scheduling conference set for September 10, 2021, is CONTINUED to **September 27, 2021, at 11:30 a.m.** in Courtroom 9; and

2.       The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:    **August 31, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

2