# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>   Defendants. | Case No. 1:21-cv-00331-JLT-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 24, 31) |

   This action was filed on March 4, 2021.  (ECF No. 1.)  On September 28, 2021, a scheduling order issued, which has not been modified in this action. (ECF No. 24.)  No trial date is set in this matter.  The nonexpert discovery deadline expires on August 26, 2022.  (Id.)  On June 27, 2022, Plaintiff filed a motion to compel discovery.  (ECF No. 29.)  The hearing on the motion was continued until August 10, 2022, to accommodate the Court's schedule.  (ECF No. 30.)  On July 11, 2022, the parties filed a stipulated motion requesting the scheduling order be modified.  (ECF No. 31.)

   The parties proffer that in light of the discovery dispute pending resolution by the Court, and a nonexpert discovery set to expire on August 26, 2022, it is prudent to continue the discovery deadlines in this matter.  The Court agrees.  The Court finds the parties have been diligent in completing discovery, and finds good cause to grant the motion and continue the discovery deadlines.  While the parties request the pretrial conference currently set for

September 14, 2023, be continued in conjunction with the other dates, given the length of time between the new dispositive motion filing date and pretrial conference, the Court finds continuance of the pretrial conference not necessary at this time.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion (ECF No. 31) is GRANTED, and the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: November 24, 2022;
2. Expert Disclosure Deadline: December 29, 2022;
3. Supplemental Expert Disclosure Deadline: January 26, 2023;
4. Expert Discovery Deadline: February 16, 2023; and
5. Dispositive Motion Filing Deadline: April 6, 2023.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:  **July 11, 2022**

UNITED STATES MAGISTRATE JUDGE