# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | Case No. 1:21-cv-00331-JLT-SAB<br><br>ORDER TO SUBMIT DOCUMENTS FOR IN CAMERA REVIEW<br><br>(ECF Nos. 29, 35, 36, 37) |

On July 28, 2022, Plaintiff moved to compel production of documents. (ECF No. 35.) On August 24, 2022, the parties appeared before the Court on the motion to compel. Counsel Sanjay Schmidt and Kennedy Helm appeared by videoconference on behalf of Plaintiff. Counsel Shanan Hewitt appeared by videoconference on behalf of Defendant. (See ECF No. 37.) At the hearing on the motion to compel, Defendants were ordered to submit Internal Affairs investigation reports at issue for *in camera* review by the Court. All other matters were deemed submitted.

Upon further review of the review, the Court shall also order Defendants to submit the August 3, 2019 County Claim Report, as requested pursuant to RPD No. 3 (ECF No. 36 at 17), and indicated as item 6 on the amended privilege log (ECF No. 36-4 at 20) to the Court for *in camera* review.

///

1

Accordingly, IT IS HEREBY ORDERED THAT: **within three (3) days** of issuance of this order, Defendants shall submit the County Claim Report to the Court for an *in camera* review.

IT IS SO ORDERED.

Dated:   **August 29, 2022**

UNITED STATES MAGISTRATE JUDGE