# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>  Defendants. | Case No. 1:21-cv-00331-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 24, 32, 41) |

    A scheduling order for this matter issued on September 28, 2021, and modified on July 11, 2022. (ECF Nos. 24, 32.) Trial has not yet been set in this matter. On September 27, 2022, the parties filed a stipulation to continue the discovery and dispositive motion deadlines, and the pretrial conference date, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 41.) The parties note that the recent motion to compel production, which this Court partially granted, gave Defendants a deadline of October 14, 2022, to produce additional discovery; the parties proffer this production may result in the need for further discovery requests and conferring between the parties. Accordingly, the parties seek to extend the current non-expert discovery deadline of November 24, 2022, and following deadlines. The Court finds good cause exists to grant the parties' stipulated motion.

    Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS

HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 41) is GRANTED. However, due to the reassignment of this action to District Judge Jennifer L. Thurston (ECF No. 27), the Court shall reset the pretrial conference (previously set before "Unassigned DJ"). The scheduling order is thus modified as follows:

1. Non-Expert Discovery Deadline: **February 22, 2023**;
2. Expert Disclosure Deadline: **March 29, 2023**;
3. Supplemental Expert Disclosure Deadline: **April 26, 2023**;
4. Expert Discovery Deadline: **May 17, 2023**;
5. Dispositive Motion Deadline: **July 5, 2023**; and
6. Pretrial Conference: **December 15, 2023, at 1:30 p.m., in Courtroom 4, before District Judge Jennifer L. Thurston**.

IT IS SO ORDERED.

Dated:   **September 27, 2022**

UNITED STATES MAGISTRATE JUDGE