**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303

SHANAN L. HEWITT (SBN 200168)
shewitt@rhplawyers.com

JILL B. NATHAN (SBN 186136)
jnathan@rhplawyers.com

Attorneys for Defendants
COUNTY OF STANISLAUS, SGT. LETRAS,
SGT. SANDOVAL, DEPUTY CARR,
DEPUTY CORRAL, and DEPUTY JOHNSON

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALBERTO GARCIA,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>*Defendants*. | Case No.: 1:21-cv-00331-MCE-DB<br><br>**NINTH STIPULATION AND ORDER TO CONTINUE SCHEDULING ORDER DEADLINES FOR EXPERT DISCOVERY AND SUMMARY JUDGMENT MOTION FILING (ECF NOS. 24, 32, 42, 46, 48, 54, 57, 61, 64)**<br><br>Trial Date: Not set |

Defendants, by and through their counsel, Shanan L. Hewitt and Jill B. Nathan, of Rivera Hewitt Paul LLP, and Plaintiff, by and through his counsel, T. Kennedy Helm, IV, of Helm Law Office, PC, and Sanjay S. Schmidt, of the Law Office of Sanjay S. Schmidt hereby respectfully stipulate and request as follows:

///

///

# RECITALS

A. This is the Parties' ninth request for an extension of pretrial dates. (*See* ECF Nos. 24, 32, 42, 46, 48, 54, 57, 61, 63). This request concerns extending the deadline for completion of expert discovery, from July 15, 2024, to August 19, 2024. All other discovery has been completed. The Parties further request a continuance of the filing deadline for motions for summary judgment, from August 26, 2024 to September 9, 2024, as well the responding briefing dates. No trial has been set in this matter.

B. The Parties previously requested a modification of scheduling order deadlines, after Defendants' use-of-force expert, Brad Smith, withdrew from the case in February 2024 due to serious health issues, before his deposition could be taken. See ECF No. 63, Decl. Smith. Mr. Smith passed away in March 2024. (Decl. Nathan, ¶ 5).

C. Defendants retained another use-of-force expert to replace Mr. Smith. Defendants disclosed the new expert, Mr. McDonald, and served a Second Disclosure of Expert Witness Information with Mr. McDonald's accompanying Rule 26 report, on June 14, 2024. (Decl. Nathan, ¶ 6).

D. Having only recently received Defendants' expert's report, Plaintiff's counsel advised that their schedules are densely booked completely through July with out-of-town depositions and other matters, leaving little to no time to conduct depositions of the Parties' experts in this case. Additionally, counsel for Defendants have scheduled vacations in early July. (Decl. Nathan, ¶ 7).

E. Based upon the foregoing, the Parties submit that good cause exists to continue the deadline for completion of expert discovery, currently set for July 15, 2024, to August 19, 2024. Good cause similarly exists to continue the summary judgment motion filing deadline from August 26, 2024 to September 9, 2024, in order to allow sufficient time for the court reporters to process the expert deposition transcripts before the summary judgment motions can be finalized and filed. (Decl. Nathan, ¶ 8).

F.  Counsel for the Parties have met-and-conferred, and the Parties have agreed that neither side would be prejudiced by extending the expert discovery completion deadline from July 15, 2024, to August 19, 2024; the Parties agree that neither side would be prejudiced by extending the summary judgment motion filing deadline from August 26, 2024, to September 9, 2024. (See Decl. Nathan, ¶ 8).

## STIPULATION

Given the foregoing, and the approaching deadline for the cutoff of expert discovery (July 15, 2024), the Parties respectfully submit that good cause exists to continue the expert discovery cutoff, and to continue the summary judgment motion filing deadline in the operant scheduling order, ECF No. 64. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the part[ies] seeking the extension.'").

The Parties respectfully request that the Court grant the Parties' stipulation by extending the deadlines for expert discovery and for filing summary judgment motions, as identified in Scheduling Order, ECF No. 64, as follows, and stipulate that the briefing schedule set forth in the following chart be applicable and override the otherwise applicable schedule under Local Rule 230(c):

| Matter | Current Deadline (ECF 64) | New Deadline |
|---|---|---|
| Completion of Expert Discovery | July 15, 2024 | August 19, 2024 |
| Summary Judgment Filing Deadline | August 26, 2024 | September 9, 2024 |
| Deadline to File Opposition to | 30 days after the filing of | 30 days after the filing of |

| Motion for Summary Judgment | dispositive motions, or by September 25, 2024 | dispositive motions, or by October 9, 2024 |
|---|---|---|
| Deadline to File Reply to Opposition to Motion for Summary Judgment | October 7, 2024 | October 21, 2024 |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 12, 2024   **LAW OFFICE OF SANJAY S. SCHMIDT**
                       **HELM LAW OFFICE, PC**

*\*/s/ T. Kennedy Helm, IV*
SANJAY S. SCHMIDT
T. KENNEDY HELM, IV
Attorneys for Plaintiff

Dated: July 12, 2024   **RIVERA HEWITT PAUL LLP**

*/s/ Jill B. Nathan*
JILL B. NATHAN
Attorneys for Defendants

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

# ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

The Court finds the Parties have shown good cause for the relief their Stipulation requests. THEREFORE, the relief that the Parties request is GRANTED, and the operative Scheduling Order (ECF Nos. 24, 32, 46, 48 54, 61, 64) is modified as follows:

| Matter | Current Deadline (ECF 64) | New Deadline |
|---|---|---|
| Completion of Expert Discovery | July 15, 2024 | August 19, 2024 |
| Summary Judgment Motion Filing Deadline | August 26, 2024 | September 9, 2024 |
| Deadline to File Opposition to Motion for Summary Judgment | 30 days after the filing of dispositive motions, or by September 25, 2024 | 30 days after the filing of dispositive motions, or by October 9, 2024 |
| Deadline to File Reply to Opposition to Motion for Summary Judgment | October 7, 2024 | October 21, 2024 |

**IT IS SO ORDERED.**

Dated: July 16, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE